■ LARRY J. LO MAGLIO, Respondent, v CARMEN M. LO MAGLIO, Appellant. (Appeal No. 2.) [710 NYS2d 287] —Order unanimously affirmed without costs. Same Memorandum as in *Lo Maglio v Lo Maglio* (273 AD2d 823 [decided herewith]). (Appeal from Order of Supreme Court, Monroe County, Affronti, J.—Matrimonial.) Present—Green, J. P., Hayes, Kehoe and Lawton, JJ.